# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JANIS GUERRERO** and **KAELYN GUERRERO,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2023-1345

[May 23, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE21020443.

Malcolm R. Pedraza and Jose P. Font of Font & Nelson, PLLC, Ft. Lauderdale, for appellants.

Jessica C. Conner of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***